# McCue Law Office, LLC

Carl D. McCue, Esq.
Debra K. McCue, Esq.

40 Western Ave, P. O. Box 655
Hampden, ME 04444
Telephone:   207-862-5290
Fax:             207-862-3133

Email: mccuelawllc@roadrunner.com

Ralph & Michelle Melanson
522 Dover Road
Charleston, MAINE 04422

March 02, 2012

Invoice #10055

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2009 | DM | 2nd Appointment w/Client re: BNK information | 0.50 | 37.50 |
| 12/4/2009 | RE | Email to trustee re: Settlement | 0.30 | 22.50 |
| | RE | Review of settlement | 0.30 | 22.50 |
| 12/10/2009 | RE | T/C to trustee re: P.I. asset | 0.30 | 22.50 |
| 1/4/2010 | RE | T/C client re: bnk | 0.50 | 37.50 |
| | RE | BNK prep | 1.00 | 75.00 |
| 1/7/2010 | RE | Petition prep | 1.00 | 75.00 |
| | CM | Review of Petition and Plan preparation | 0.50 | 87.50 |
| 1/8/2010 | RE | Petition prep and plan | 3.00 | 225.00 |
| | RE | Review with clients updates | 2.00 | 150.00 |
| | CM | Signing with attorney | 0.80 | 140.00 |
| | RE | Filing | 0.50 | 37.50 |
| | RE | Petition prep | 1.00 | 75.00 |
| 1/18/2010 | RE | 341 Letter | 0.20 | 15.00 |
| | RE | Tax returns/payment ad/trustee | 0.30 | 22.50 |
| | CM | Tax Returns and Payment Advices, Melanson, Case No. 10-10021 | 0.10 | 17.50 |
| 1/19/2010 | RE | T/C from clt re: judgement | 0.20 | 15.00 |
| | RE | T/C to Lorraine buck/maine savings | 0.20 | 15.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/19/2010 | RE | T/C to CH: re: judgement | 0.20 | 15.00 |
| 2/10/2010 | RE | Prep for 341 Meeting | 0.30 | 22.50 |
| | CM | Prep for 341 Meeting | 0.30 | 52.50 |
| 2/11/2010 | CM | Attendence to 341 Meeting | 1.00 | 175.00 |
| 2/22/2010 | RE | T/C to client re: amended plan | 1.00 | 75.00 |
| | RE | Prepared-amended plan | 0.80 | 60.00 |
| 2/24/2010 | RE | Prepared-amended plan | 1.00 | 75.00 |
| | RE | Appointment for client to sign | 0.50 | 37.50 |
| | CM | Review - attorney review | 0.20 | 35.00 |
| 2/25/2010 | RE | Filed amended plan | 0.10 | 7.50 |
| | RE | Prepared notice cont | 0.50 | 37.50 |
| | CM | Review - attorney review | 0.20 | 35.00 |
| | RE | Filed Amended Plan | 0.10 | 7.50 |
| 3/4/2010 | RE | T/C from client re: tax money | 0.20 | 15.00 |
| | RE | Emailed tax return to trustee | 0.10 | 7.50 |
| | CM | Tax Returns for Melanson, Case No. 10-10021 | 0.10 | 17.50 |
| 3/11/2010 | CM | RE: Tax Returns for Melanson, Case No. 10-10021 | 0.10 | 17.50 |
| 9/25/2010 | CM | Review of MAD | 0.20 | 35.00 |
| | RE | Filing of MAD | 0.10 | 7.50 |
| | RE | Prepared Mailings for MAD | 0.50 | 37.50 |
| | RE | Preparation of MAD | 1.50 | 112.50 |
| 10/4/2010 | RE | T/C from client re: income loss and Bnk Plan | 0.50 | 42.50 |
| 10/6/2010 | RE | Email to Jean re: Amended form of order and amended plan | 0.10 | 8.50 |
| | RE | Prepared Amended Form of Order | 0.20 | 17.00 |
| 10/13/2010 | RE | T/C with client on amended MAD, case status, and future outlook of case and plan | 0.80 | 68.00 |
| | RE | Preparation of Amended MAD | 0.70 | 59.50 |
| | CM | Review of Amended MAD | 0.20 | 35.00 |

|            |    |                                                    | Hours | Amount     |
|------------|----|----------------------------------------------------|-------|------------|
| 10/13/2010 | RE | Filing of Amended MAD                              | 0.10  | 8.50       |
| 11/3/2010  | RE | Review and Response to Trustee email               | 0.10  | 8.50       |
|            | RE | Review and Response to Trustee Email               | 0.20  | 17.00      |
| 11/4/2010  | RE | Review and Response to Trustee Email               | 0.10  | 8.50       |
|            | CM | Review of withdrawel of MAD and Mtn ot Extend Time | 0.20  | 35.00      |
|            | RE | Prepared and Filed Withdrawel of MAD               | 0.30  | 25.50      |
|            | RE | Prepared and Filed Mtn to Extend Time              | 0.30  | 25.50      |
| 12/9/2010  | RG | T/C to Maine Savings re: car payments              | 0.10  | 15.00      |
| 4/18/2011  | RG | T/C from client re: case and 2010 taxes            | 0.30  | 45.00      |
| 4/19/2011  | RG | Email to trustee re: plan arrears                  | 0.20  | 30.00      |
| 4/27/2011  | RG | Amended MAD and Order                              | 1.00  | 150.00     |
| 5/5/2011   | RG | Meeting w/ clients re: MAD                         | 0.50  | 75.00      |
|            | RG | Email to trustee re: MAD                           | 0.10  | 15.00      |
| 5/6/2011   | RG | Email to trustee re: MAD                           | 0.20  | 30.00      |
| 5/9/2011   | RG | Prepared and Filed MAD                             | 0.80  | 120.00     |
| 6/6/2011   | RG | Review of Revised FOO on MAD                       | 0.30  | 45.00      |
|            |    | **For professional services rendered**             | 29.00 | $2,861.50  |

Additional Charges :

|            |    |                                | Qty |        |
|------------|----|--------------------------------|-----|--------|
| 12/2/2009  | RE | Credit Report Fee              | 1   | 48.00  |
| 1/8/2010   | RE | Court Filing Fee               | 1   | 274.00 |
| 2/25/2010  | RE | Postage - 38 @ 61 cents each   | 38  | 23.18  |
| 5/9/2010   | RE | Postage - 3rd MAD              | 38  | 23.18  |
| 9/25/2010  | RE | Postage for MAD                | 38  | 23.18  |
| 10/4/2010  | RE | UCC charge                     | 1   | 12.00  |
|            | RE | UCC charge                     | 1   | 12.00  |
| 10/13/2010 | RE | Postage - 2nd MAD              | 38  | 23.18  |

|  |  | Qty | Amount |
|---|---|---|---|
| 11/4/2010 RE | Postage - Mnt to withdraw and Extend Time on MAD | 38 | 23.18 |
| | **Total additional charges** | | **$461.90** |
| | **Total amount of this bill** | | **$3,323.40** |
| | **Total payments** | | **($2,048.00)** |
| | Balance due | | $1,275.40 |